# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TIMOTHY REID, | : | Case No. 3:12-cv-144 |
| Petitioner, | : | |
| vs. | : | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| WARDEN, CORRECTIONAL RECEPTION CENTER, | : | |
| Respondent. | : | |

## ORDER

On May 18, 2012, Petitioner filed a *habeas corpus* petition pursuant to 28 U.S.C. § 2254 in this Court. However, he did not pay a filing fee. Nor did he apply to proceed without payment of the filing fee (*in forma pauperis* status).

Petitioner is **ADVISED** that he must either apply to proceed *in forma pauperis* or pay the filing fee **no later than June 21, 2012**. If he fails to do so, this case will be subject to dismissal on account of his failure to pay the filing fee and for lack of prosecution.

The Clerk is **ORDERED** to mail Petitioner the application to proceed *in forma pauperis* at the address listed on the docket. **Service of process shall not issue at this time**.

**IT IS SO ORDERED.**

May 22, 2012                                             s/ **Michael J. Newman**
                                                         United States Magistrate Judge